UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| **ROSEMARY SCIARRILLO**, by and through her guardians, Joanne St. Amand and Anthony Sciarrillo, | : : : : : |
| **JOYCE BANOS**, by and through her guardian, Peter Banos, | : : : |
| **CHARLES DAVID CHRISTENSEN**, by and through his guardian, Daniel Christensen, | : : : : |
| **ARLEEN BRAUSE**, by and through her guardians, Joseph Fass and Harriet Fass, | : : : |
| **KENNETH COOPER**, by and through his guardian, Minnie Cooper, | : : : |
| **VINCENT GALLUCCIO**, by and through his guardian, Domenica Galluccio, | : : : : |
| **RODNEY HAMMOND**, by and through his guardian and his brother, Carrie Hammond and Walter Hammond, | : : : : |
| **SHARON KNAPP**, by and through her guardians, Barry Knapp and Maria Knapp, | : : : : |
| **RICHARD SARAO**, by and through his guardian, Mary Tritt, | : : : |
| **CHERYL GORDON**, by and through her brother, Joseph Gordon, | : : : |
| **PETER CANALE**, by and through his guardians, Steven Canale and Maria Canale, | : : : : |
| **LINDA GRAVES**, by and through her | : |

| | |
|---|---|
| parents, Shirley and Billie Graves, | : |
| | : |
| DIANE O'BRIEN, by and through her guardian, Fred O'Brien, | : |
| | : |
| THOMAS MARINELLO, by and through his guardians, Jean Marinello and Jody Sorge, | : |
| | : |
| KERR MITCHELL, by and through his guardian, Juana Mitchell, | : |
| | : |
| EUGENE CARR, by and through his guardian Marylyn Carr, | : |
| | : |
| LEAH WRIGHT, by and through her guardian, Elizabeth Wright, | : |
| | : |
| JACQUELINE FRIEDMAN, by and through her guardians, Sam Friedman and Gail Friedman, | : |
| | : |
| PAUL DITTAMO, by and through his mother, Wendy Dittamo, | : |
| | : |
| CLAYTON DAVIS, by and through his guardians, Rose Seyler and Dorothy Davis, | : |
| | : |
| STEPHEN SCOTT DYER, by and through his guardian, Peter Dyer, | : |
| | : |
| SUSAN GRIFFIN, by and through her guardian, Barbara Columbo, | : |
| | : |
| EUGENE KESSLER, by and through his guardian, Frances Finkelstein, | : |
| | : |
| PHILIP CONKLING, by and through his guardian, Caroline Conkling, | : |
| | : |
| RALPH GRZYMKOWSKI, by and through his guardians, Dana and Mirek Grzymkowski, | : |
| | : |
| MARY ELLEN SCESA, by and through | : |

|  |  |
|---|---|
| her guardians, Kathleen and Louis Scesa, | : |
| | : |
| **ALICE TUCKER**, by and through her guardian Bertha Westbrock, | : |
| | : |
| **STEPHANIE ROOTS**, by and through her guardian, Marie Reid, | : |
| | : |
| **KESHA SMITH**, by and through her guardian, Deborah Smith, | : |
| | : |
| **ANDREW SEKELA**, by and through his guardian, Winifred Sekela, | : |
| | : |
| **PAUL VACCA**, by and through his guardians, Donald and Theresa Vacca, | : |
| | : |
| **RALPH VERLEUR**, by and through his guardian, Else Verleur, | : |
| | : |
| Plaintiffs, | : |
| v. | : CIV. NO.: 2:13-cv-03478-Stanley R. Chesler |
| | : |
| **CHRISTOPHER CHRISTIE**, as Governor of the State of New Jersey; **NEW JERSEY DEPARTMENT OF HUMAN SERVICES; JENNIFER VELEZ**, as Commissioner of the New Jersey Department of Human Services; **NEW JERSEY DEPARTMENT OF HUMAN SERVICES DIVISION OF DEVELOPMENTAL DISABILITIES; DAWN APGAR**, as Deputy Commissioner/Acting Assistant Commissioner of New Jersey Department of Human Services Division of Developmental Disabilities; **NORTH JERSEY DEVELOPMENTAL CENTER; WOODBRIDGE DEVELOPMENTAL CENTER,** | : |
| | : |
| Defendants. | : **January 10, 2014** |

## **NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the December 13, 2013, Order (Dkt. No. 18) of the United States District Court for the District of New Jersey, Vicinage of Newark, entering final judgment in favor of the Defendants and against the Plaintiffs, and dismissing Plaintiffs' Complaint with prejudice.

Respectfully submitted,

/s/ Thomas A. Archer
Thomas A. Archer, Esquire
Mette, Evans & Woodside
3401 North Front Street
Harrisburg, PA 17110
(717) 232-5000
Fax: (717) 236-1816
Email: taarcher@mette.com

/s/ Thomas B. York
Thomas B. York, Esquire
The York Legal Group, LLC
6 Sentry Point Road
Lemoyne, PA 17043
(717) 236-9675
Fax (717) 236-6919
Email: tyork@yorklegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January 2014, I electronically filed the foregoing with the Clerk of Courts, using the CM/ECF system, which will then send notification of such filing (NEF), to the following:

Gerard Hughes, Esquire
Office of the New Jersey Attorney General
Division of Law
26 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112

Christopher Cheng, Esquire
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

/s/ Thomas A. Archer_____